| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 1:02:CR:55-02 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | CR08-0146    CW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Catherine Ticole Jones<br>Novato, CA 94947 | WESTERN DISTRICT OF MICHIGAN | Southern |
| | NAME OF SENTENCING JUDGE<br>Hon. Robert Holmes Bell, Chief U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>09/28/07 | TO<br>09/27/12 |

| OFFENSE |
|---|
| Conspiracy to Possess With Intent to Distribute and to Distribute 5 Kilograms or More of Cocaine 21 U.S.C. § 846, 841(a)(1), and (b)(1)(A)(ii) |


FILED
MAR 1 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "WESTERN DISTRICT OF MICHIGAN"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_July 12, 2008_
Date

_Robt Holmes Bell_
Hon. Robert Holmes Bell
Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "NORTHERN DISTRICT OF CALIFORNIA"

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3-4-08
*Effective Date*

Hon. Saundra Brown Armstrong
United States District Judge